IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ALPHA TRUST REAL ESTATE LLC, | § § § | No. 297, 2022 |
| Defendant Below, Appellant, | § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No: N19-11-271 |
| CM COMMERCIAL REALTY, INC. | § § § | |
| Plaintiff Below, Appellee. | § § § | |

Submitted: February 8, 2023
Decided: February 14, 2023

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

### **ORDER**

This 14th day of February, 2023, after consideration of the parties' briefs, and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its February 24, 2022 Amended Memorandum Opinion[1] and August 5, 2022 Amended Final Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] *CM Commercial Realty, Inc. v. Alpha Tr. Real Estate, LLC*, 2022 WL 509693 (Del. Super. Ct. Feb. 24, 2022).